FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**YINLONG MA,**

       **Plaintiff,**

  v.

**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A,**

       **Defendants.**

Case No. 23cv14158

Judge Virginia M. Kendall

Magistrate Judge Yong B. Kim

NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, YINLONG MA, ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Smartlight | 254 |
| VOJIIEO | 53 |

DATED NOVEMBER 30, 2023

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*