FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **YINLONG MA,**<br><br>  Plaintiff,<br><br> v.<br><br>**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A,**<br><br>  Defendants. | Case No. 23cv14158<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Yong B. Kim |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 11, 2024 [44], in favor of Plaintiff YINLONG MA and against the Defendants Identified in Annex A in the amount of ten thousand dollars ($10,000) per Defaulting Defendant for willful use of counterfeit Plaintiff's patent in connection with the offer for sale and/or sale of products through the Defendant Internet Stores. Plaintiff hereby acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release the judgment against one Defendant, which hereby fully and completely satisfies the same judgment as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| AIMEDYOU | 255 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment against said Defendant.

| | |
|---|---|
| DATED NOVEMBER 20, 2024 | Respectfully submitted,<br><br>/s/ Ge (Linda) Lei<br>Ge (Linda) Lei<br>203 N. LaSalle St., Suite 2100<br>Chicago, IL 60601<br>Attorney No. 6313341<br>Linda.lei@getechlaw.com<br>312-888-6633<br><br>*ATTORNEY FOR PLAINTIFF* |